# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

DEVONTE B. HARRIS,

    Plaintiff,

v.

KEITH HIGGINS, *et al.*,

    Defendants.

Case No. 2:08-cv-01711-LDG

**ORDER**

    Previously, the Court dismissed the plaintiff's complaint without prejudice, granting the plaintiff leave to amend within thirty-days from the date of the Order. The Court notified the plaintiff that failure to timely amend his complaint would result in the dismissal of this action with prejudice. The plaintiff did not file an amended complaint within thirty-days of the date of the Court's order.

    More than three and one-half months later, the plaintiff filed an untimely motion for additional time to file an amended complaint. Within the motion, the plaintiff acknowledges that two days after the Court entered its Order, he received timely notice of the Order. The plaintiff does not provide any reason within his motion for his failure to timely file the motion for additional time.

1  Accordingly, as the Court notified the plaintiff that this matter would be dismissed
2  with prejudice for failing to timely amend, and as the plaintiff neither timely filed an
3  amended complaint nor timely filed a motion for additional time, therefore,
4  THE COURT **ORDERS** that Plaintiff's complaint is DISMISSED with prejudice.

7  DATED this __23__ day of February, 2012.

_____
Lloyd D. George
United States District Judge