# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

DEVONTE BERNARD HARRIS,

    Plaintiff,

v.

KEITH HIGGINS, *et al.*,

    Defendants.

Case No. 2:08-cv-01711-LDG

**ORDER**

    The Court of Appeals referred this matter to this court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith.  The court finds that this appeal is frivolous or is taken in bad faith, as the Court dismissed the matter with leave to amend, the plaintiff did not timely amend his complaint, and thereafter the Court dismissed the matter with prejudice.

    THE COURT **ORDERS** that Plaintiff's *In Forma Pauperis* status is revoked.

DATED this \_\_\_7\_\_\_ day of February, 2013.

_____
Lloyd D. George
United States District Judge