# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH HIGGINS, *et al*.,<br><br>    Defendants. | Case No. 2:08-cv-01711-LDG<br><br>**ORDER** |

The Ninth Circuit Court of Appeals having vacated this Court's order dismissing this matter with prejudice, and having remanded for further consideration, therefore,

THE COURT **ORDERS** that plaintiff is GRANTED leave to amend his complaint within thirty days from the date of service of this Order.  The plaintiff is notified that the failure to timely file an amended complaint may result in the dismissal of this action with prejudice.

1  THE COURT FURTHER **ORDERS** that the Clerk of the Court shall provide the
2  plaintiff, along with a copy of this Order, a copy of the Order entered March 30, 2011, and
3  docketed at #11.

4
5  DATED this _27_ day of March, 2014.

6  _____
7  Lloyd D. George
   United States District Judge