IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE B. HARRIS,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**KEITH HIGGINS, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. 2:08-cv-01711-LDG<br><br>**ORDER EXTENDING TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

　　The Court has reviewed Defendants' Ex Parte Application to Extend Time to File a Reply to Plaintiff's Opposition to Motion for Summary Judgment.

　　FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Defendants' Application. Defendants' Reply to Plaintiff's Opposition shall be due on September 22, 2015.

Dated:　14 September 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Lloyd D. George

1