# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH HIGGINS, *et al.*,<br><br>    Defendants. | Case No. 2:08-cv-01711-LDG<br><br>**Partial Summary Judgment** |

This matter having come before the Court on Defendants' Motion for Summary Judgment (#31) as to Plaintiff's First, Second, and Fifth Claims, the Court having considered the evidence and the arguments of the parties and having rendered a decision, therefore,

THE COURT **ORDERS AND ADJUDGES** that the Plaintiff's First, Second, and Fifth Claim are DISMISSED with prejudice.

DATED this _17_ day of December, 2015.

_____
Lloyd D. George
United States District Judge