IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE B. HARRIS,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**KEITH HIGGINS, et al.,**<br><br>                                    Defendants. | Case No. 2:08-cv-01711-LDG<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO TAKE DEPOSITION OF DEVONTE B. HARRIS, AN INCARCERATED PERSON** |

The Court received Defendants' Application to Take Deposition of Devonte B. Harris, CDCR No. P73399, an Incarcerated Person.  For good cause shown, the application is **GRANTED**.  Defendants may depose Devonte B. Harris in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition, and may take the deposition by remote means if they choose.

**IT IS SO ORDERED**.

Dated:  15 August 2016            By: _____
                                                    The Honorable Lloyd D. George
                                                    United States District Judge

1